No. 621. GREAT NORTHERN RAILWAY Co. *v.* UNITED STATES ET AL. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Board of Trade* v. *United States,* 314 U. S. 534; *Virginian R. Co.* v. *United States,* 272 U. S. 658; *Central R. Co.* v. *United States,* 257 U. S. 247. *Edwin C. Matthias, Reuben J. Hagman, Louis E. Torinus, Jr., A. Rea Wil-*

*liams, Clarence A. Southerland, David F. Anderson* and *William Poole* for appellant. *Solicitor General Perlman, Assistant Attorney General Bergson, Edward Dumbauld* and *J. Stanley Payne* for the United States and the Interstate Commerce Commission; and *S. J. Wettrick* and *Floyd F. Shields* for General Mills, Inc. et al., respondents.